# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF OKLAHOMA

Plaintiff(s)

vs.                                                Case Number:

Defendant(s)

## Appearance

To the Clerk of this court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case for:

_____

Date

Type of Appointment:  ☐ Retained    ☐ CJA

☐ FPD    ☐ Pro Bono    ☐ Pro Se

_____

Signature

_____

Print Name

_____

Firm Name

_____

Mailing Address

_____

Oklahoma State Bar Number (If Applicable)

City                                State    Zip Code

_____

e-mail address

Phone Number                    Fax Number

## Certificate of Service

I hereby certify that on _____ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

I hereby certify that _____ (Date), I served the same document by:

☐ U.S. Postal Service                    ☐ In Person Delivery

☐ Courier Service                        ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and
Address(es):

_____
Signature